# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF: A. C., A MINOR CHILD. | No. 82850 |

A. C.,
Petitioner,
vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
HUMBOLDT; AND THE HONORABLE
MICHAEL MONTERO, DISTRICT
JUDGE,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

FILED

NOV 05 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS, OR IN THE ALTERNATIVE, PROHIBITION

Petitioner, A.C., a minor child, seeks a writ of mandamus directing the district court and State to dismiss the habitual truancy citation issued against petitioner in the juvenile division of the sixth judicial district court or issue a writ of prohibition barring his prosecution.

The State filed an answer indicating that petitioner's truancy citation was dismissed on May 26, 2021, and arguing this petition should be dismissed for lack of standing and because the petition is now moot. Petitioner did not file a reply.

"To establish standing . . . the petitioner must demonstrate a 'beneficial interest' in obtaining writ relief." *Heller v. Legislature of Nev.*, 120 Nev. 456, 460–61, 93 P.3d 746, 749 (2004); *see* NRS 34.170 ("This

21-31792

writ . . . shall be issued upon affidavit, on the application of the party beneficially interested."). Because petitioner's habitual truancy citation has been dismissed, we must deny the instant petition because petitioner will neither gain directly from its issuance, nor will petitioner suffer direct harm if it is denied. *Heller*, 120 Nev. at 461, 93 P.3d at 749. Further, because petitioner has already obtained his requested relief and is not being prosecuted by the district court, we conclude that the issues presented in this petition are now moot. *Nat'l Collegiate Athletic Ass'n v. Univ. of Nev., Reno*, 97 Nev. 56, 58, 624 P.2d 10, 11 (1981). Accordingly, we deny the petition.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Michael Montero, District Judge
      Humboldt County Public Defender
      Attorney General/Carson City
      Humboldt County District Attorney
      Humboldt County Clerk